Response to Notice of Final Cure Payment - Supplement

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## CINCINNATI DIVISION

| | | | |
|---|---|---|---|
| **Name of debtor:** | Connie L Stephens<br>Aka Connie Stephens<br>Aka Connie Louis Stephens | **Case Number:** | 1:10-bk-16288 |
| | | **Chapter 13** | |
| **Trustee:** | Margaret A. Burks | **Judge:** | Jeffery P. Hopkins |

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT FILED ON: 02/04/2016

Pursuant to Federal Bankruptcy Rule 3002.1(g), the Holder listed below is responding to the Notice of Final Cure Payment filed in the above referenced case.

| | | | |
|---|---|---|---|
| **Name of creditor:** | Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as trustee for Normandy Mortgage Loan Trust, Series 2013-8  As Serviced by Rushmore Loan Management Services LLC | **Last four digits** of any number you use to identify the debtor's account: | xxxxxx2733 |

### Statement in Response as of: 02/24/2016

**1.    Pre-Petition Arrears - Court claim no. : 2  (Docket Entry #54)**

Creditor ☒ agrees ☐ does not agree that the debtor(s) has paid in full the amount required to cure the pre-petition default to be paid through the Chapter 13 Plan as of the Trustee's cure notice.

If Creditor disagrees:
  Amount of pre-petition arrears due at filing: _____
  Amount received from the Chapter 13 Trustee _____
  Pre-Petition arrears remaining due: _____

**2.    Post-Petition Amounts**

Creditor ☐ agrees ☒ does not agree that the debtor(s) has paid all post-petition amounts due to be paid to the secured creditor as of the date of this Response.

If Creditor disagrees:
  Post-petition amounts remaining due:                         $13,608.84

Attached as Schedule of Amounts Outstanding Post-Petition is an itemized account of the post-petition amounts that remain unpaid as of the date of this Response. The amounts identified on the Schedule do not reflect amounts that became or may become due after the date of this Response, including any fees that may have been incurred in the preparation, filing, or prosecution of this statement.

**Schedule of Amounts Outstanding**

**This section itemizes the required cure of post-petition amounts, if any, that the holder contends remain unpaid as of the date of this statement but may not, due to timing, reflect all payments sent to Creditor as of the date of this Response. In addition, the amounts due may include payments reflected in the Trustee's records but which have not yet been received and/or processed by the Creditor.**

| **Description** | **Date Assessed** | **Assessed Amount** | **Amount Recovered** | **Amount Outstanding** |
|---|---|---|---|---|
| Payments | 09/01/2014 | $748.95 | $97.76 | $651.19 |
| Payments | 10/01/2014 | $748.95 | $0.00 | $748.95 |
| Payments | 11/01/2014 | $748.95 | $0.00 | $748.95 |
| Payments | 12/01/2014 | $748.95 | $0.00 | $748.95 |
| Payments | 01/01/2015 | $748.95 | $0.00 | $748.95 |
| Payments | 02/01/2015 | $748.95 | $0.00 | $748.95 |
| Payments | 03/01/2015 | $748.95 | $0.00 | $748.95 |
| Payments | 04/01/2015 | $748.95 | $0.00 | $748.95 |
| Payments | 05/01/2015 | $748.95 | $0.00 | $748.95 |
| Payments | 06/01/2015 | $748.95 | $0.00 | $748.95 |
| Payments | 07/01/2015 | $748.95 | $0.00 | $748.95 |
| Payments | 08/01/2015 | $748.95 | $0.00 | $748.95 |
| Payments | 09/01/2015 | $748.95 | $0.00 | $748.95 |
| Payments | 10/01/2015 | $748.95 | $0.00 | $748.95 |
| Payments | 11/01/2015 | $748.95 | $0.00 | $748.95 |
| Payments | 12/01/2015 | $748.95 | $0.00 | $748.95 |
| Payments | 01/01/2016 | $748.95 | $0.00 | $748.95 |
| Payments | 02/01/2016 | $748.95 | $0.00 | $748.95 |
| Appraisal / Broker's Price Opinion Fees | 12/13/2011 | $84.00 | $0.00 | $84.00 |
| Property Inspection Fees | 12/08/2011 | $13.50 | $0.00 | $13.50 |
| Property Inspection Fees | 01/09/2012 | $13.50 | $0.00 | $13.50 |
| Property Inspection Fees | 02/08/2012 | $13.50 | $0.00 | $13.50 |
| Property Inspection Fees | 03/09/2012 | $13.50 | $0.00 | $13.50 |
| Property Inspection Fees | 04/12/2012 | $13.50 | $0.00 | $13.50 |
| Property Inspection Fees | 08/27/2015 | $11.50 | $0.00 | $11.50 |
| Property Inspection Fees | 09/30/2015 | $11.50 | $0.00 | $11.50 |
| Property Inspection Fees | 10/29/2015 | $11.50 | $0.00 | $11.50 |
| Property Inspection Fees | 11/30/2015 | $11.50 | $0.00 | $11.50 |
| Property Inspection Fees | 12/30/2015 | $11.50 | $0.00 | $11.50 |
| Property Inspection Fees | 01/25/2016 | $16.50 | $0.00 | $16.50 |

**Amount Remaining Due:** **$13,608.84**

**3.   Sign Here**

Print Name:  Craig A. Edelman
Title:       Authorized Agent for Rushmore Loan Management Services LLC
Company:     Buckley Madole, P.C.                    /s/ Craig A. Edelman
                                                     Signature

Address and telephone number:
                                                     02/25/2016
                                                     Date

    P. O. Box 9013
    Addison, TX 75001

Telephone:  ((972) 643-6600        Email:    POCInquiries@buckleymadole.com

# CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE

I certify that the foregoing notice has been served electronically on the Debtor's Counsel and the Chapter 13 Trustee and has been mailed to Debtor at the following address on February 25th, 2016:

**Debtor**  *Via U.S. Mail*
Connie L. Stephens
11753 Elkwood Drive
Cincinnati, OH 45240

**Debtors' Attorney**
Eric A. Steiden
Steiden Law Offices
411 Madison Avenue
Covington, KY  41011

**Chapter 13 Trustee**
Margaret A. Burks
600 Vine Street
Suite 2200
Cincinnati, OH 45202

**US Trustee**
Asst US Trustee (Cin)
Office of the US Trustee
36 East Seventh Street
Suite 2050
Cincinnati, OH  45202

Respectfully Submitted,

/s/  Craig A. Edelman